14

MN-305

CL#2138

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Gerald E. & Terri L. McCarthy

Chapter 7 Case No.   09-34786

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| HealthSpan Services Reliance Recoveries 6160 Summit Drive Suite 420 Brooklyn Center, MN  55430 | 4 | 77.91 | 1.04 |

Date:   May 3, 2010

_____
Trustee

